**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*
*Civil Division*

c/o Social Security Administration  tel: (404) 210-9532
Office of the General Counsel
6401 Security Boulevard,
Baltimore, MD 21235

September 26, 2024

**Via CM/ECF**

Hon. Judge Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Granted.

SO ORDERED:

9/26/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: *Yesenia Luna o/b/o K.M.P.L v. Commissioner of Social Security*
    Civil Action No. 1:24-cv-02362-JPO-RWL
    Letter Request for Extension of Deadlines

Dear Judge Lehrburger:

    This Office represents the Commissioner of Social Security (Commissioner), the Defendant in this matter. We write to respectfully request an extension of the remaining briefing deadlines in the above-referenced Social Security case.

    Pursuant to this Court's Order dated June 24, 2024, the Commissioner's Brief is due to be filed by September 30, 2024, and Plaintiff's reply brief is due to be filed by October 21, 2024. *See* Dkt. No. 12. The undersigned agency counsel is experiencing a heavy caseload at this time and needs additional time to prepare the Commissioner's Brief. Thus, the undersigned requests an extension of the remaining briefing deadlines. The undersigned proposes the following modified and comprehensive schedule:

- Defendant's Brief shall be filed by October 28, 2024; and
- Plaintiff's Reply Brief shall be filed by November 18, 2024.

    This is the second request for extension in this case. Plaintiff's counsel, James Baker, Esq., consents to this request.

    We thank the Court for its consideration.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

BY:   */s/ Avni Gandhi*
        Avni Gandhi
        Special Assistant U.S. Attorney
        Office of Program Litigation, Office 2
        Office of the General Counsel
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        (404) 210-9532
        Avni.gandhi@ssa.gov

cc:  James Baker, Esq. via CM/ECF