**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YESENIA LUNA o/b/o K.L.,

                Plaintiff,                  24 **CIVIL** 2362 (JPO)(RWL)

      -v-                                      **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated November 7, 2024, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties further stipulate that Plaintiff will be offered the opportunity for a hearing on remand.

**Dated:**  New York, New York
           November 8, 2024

                                                            **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                              **BY:**      *K. Mango*

                                                      **Deputy Clerk**